IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JESSICA DEL VALLE-TIRADO<br><br>**Plaintiff,**<br><br>v.<br><br>GRUPO HIMA-SAN PABLO, INC.,; <u>ET AL.</u>,<br><br>**Defendants.** | CIVIL NO. 23-1165 (PAD) |

**PARTIAL JUDGMENT**

In accordance with plaintiff's "Notice of Voluntary Dismissal without Prejudice" entered at Docket No. 21, and there being no just reason for delay, partial judgment is hereby entered dismissing plaintiff's claims against SIMED without prejudice.

**SO ORDERED.**

In San Juan, Puerto Rico, this 5th day of October, 2023.

s/Pedro A. Delgado-Hernández
PEDRO A. DELGADO-HERNÁNDEZ
United States District Judge
