IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **JESSICA DEL VALLE-TIRADO,**<br><br>**Plaintiff,**<br><br>v.<br><br>**GRUPO HIMA-SAN PABLO, INC., ET AL.,**<br><br>**Defendants.** | **CIVIL NO. 23-1165 (PAD)** |

## JUDGMENT

In accordance with the Order issued today (Docket No. 42), judgment is hereby entered administratively closing this case.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 12th day of December, 2023.

s/Pedro A. Delgado-Hernández
PEDRO A. DELGADO-HERNÁNDEZ
United States District Judge
